UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

Shoira Abduganiev, individually and on behalf of all others similarly situated;

                Plaintiff,

Case No: 1:20-cv-04376

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND RECEIVABLES PERFORMANCE MANAGEMENT LLC [PROPOSED] ORDER**

          -against-

Receivables Performance Management LLC

                Defendant(s).
------------------------------------------------------------------------x

**IT IS HERBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Receivables Performance Management LLC., shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: February 10, 2022

                                                        **HOROWITZ LAW, PLLC**

                                                        */s/ Uri Horowitz*
                                                        Uri Horowitz
                                                        14441 70th Road
                                                        Flushing, NY 11367
                                                        Phone: (718) 705-8706
                                                         uri@horowitzlawpllc.com

                                                        *Attorney for Plaintiff* Shoira Abduganiev

Dated: February 10, 2022

**Law Offices of Peter Cipparulo, III LLC**

*/s/ Peter Cipparulo, III (With Consent)*
Peter Cipparulo. III.
349 Route 206 Suite K
Hillsborough, NJ 08844
Telephone: 908-275-8777
Petercipparulo@cipplaw.Com

*Counsel for Receivables Performance Management LLC*

SO ORDERED:

*Kiyo A. Matsumoto, USDJ*
_____
JUDGE, U.S. District Court
Eastern District of New York

2.10.22

2